**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MANOJ MASHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 25-1100 (RJL) |
| | ) |
| TODD M. LYONS, Acting Director, U.S. | ) |
| Immigration and Customs Enforcement, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

July 8th ____, 2026 [Dkt. #20, 23]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss for Lack of Jurisdiction [Dkt. #20] is **DENIED**; and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. #23] is **GRANTED**; and it is further

**ORDERED** that defendant is enjoined from terminating plaintiff's SEVIS record solely on the basis of (i) plaintiff's October 2022 arrest for driving under the influence or (ii) a substantially similar reason.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge